ACCEPTED
03-15-00246-CR
8210065
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/11/2015 5:32:10 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00246-CR

| | | |
|---|---|---|
| **MARK GORDON MCMURPHY** | § | **IN THE THIRD** |
| **v.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/11/2015 5:32:10 PM
JEFFREY D. KYLE
Clerk

## STATE'S THIRD AND FINAL MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and moves for an extension of time of 25 days to file Appellee's brief, and for good cause would show the following:

I.

Appellant was indicted for Driving While Intoxicated with Two or More Previous Convictions for the Same Type of Offense; the third-degree felony was enhanced to habitual. A jury found him guilty of the offense, and Appellant was sentenced to 60 years in the Texas Department of Criminal Justice. Appellant's brief was initially due on or about June 12th. After Appellant's motion for extension was granted, Appellant submitted his brief on August 21, 2015. The State's brief is currently due on December 11, 2015.

II.

I will handle the brief for the State in this case. I had to assemble an objection and response to a motion in another case on November 24th. I filed the

1

State's brief in 03-14-00712-CR on November 25, 2015. I prepared for and presented oral argument before the Third Court on December 2nd. I have been helping another attorney with his brief in 03-15-00087-CR – due on December 14th – and I will perform a significant amount of work assisting him this weekend. I have also gathered information on, reviewed and filed answers to expunctions and nondisclosures, including several petitions in the last month. Because of the foregoing, I have not yet been able to work on a response in the instant case, and respectfully request an extension of 25 days to file the State's brief. This is the third and final extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 25 days, until January 5, 2016, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

2

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Third & Final Motion to Extend Time to File Brief* has been delivered to Appellant MARK GORDON MCMURPHY's attorney in this matter:

Gary F. Churak
churaklaw@msn.com
14310 Northbrook Ste. 210
San Antonio, TX  78232
*Counsel for Appellant on Appeal*

By electronic service to the above-listed email address through efile.txcourts.gov, this 11th day of December, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**